670 A.2d 127

**Mary FERRACCIO, Appellant,**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD (INTECH CONSTRUCTION COMPANY, INC.)**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1995.

Decided Dec. 15, 1995.

Reargument Denied Feb. 12, 1996.

James J. Demarco, Philadelphia, for Mary Ferraccio.

Andrew E. Greenberg, Philadelphia, for Intech Construction Company, Inc.

Eric S. Weiss, Philadelphia, Norman R. Haigh, for W.C.A.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).